**Fill in this information to identify your case:**

Debtor 1 _____
           First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 106H

## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number         Street

   _____
   City                    State           ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
|  | Check all schedules that apply: |
| 3.1 _____ Name | ☐ Schedule D, line _____ |
| _____ Number    Street | ☐ Schedule E/F, line _____ |
| _____ City       State       ZIP Code | ☐ Schedule G, line _____ |
| 3.2 _____ Name | ☐ Schedule D, line _____ |
| _____ Number    Street | ☐ Schedule E/F, line _____ |
| _____ City       State       ZIP Code | ☐ Schedule G, line _____ |
| 3.3 _____ Name | ☐ Schedule D, line _____ |
| _____ Number    Street | ☐ Schedule E/F, line _____ |
| _____ City       State       ZIP Code | ☐ Schedule G, line _____ |

Official Form 106H                    **Schedule H: Your Codebtors**                    page 1 of ___

Debtor 1 _____ Case number (*if known*)_____
First Name   Middle Name   Last Name

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |
| 3._ Name _____ Number Street _____ City State ZIP Code | ❑ Schedule D, line _____ ❑ Schedule E/F, line _____ ❑ Schedule G, line _____ |

Official Form 106H    Schedule H: Your Codebtors    page ___ of ___