CREDITORS MAILING MATRIX

1. Centro de Recaudaciones de Impuestos Municipales (C.R.I.M)
   Central Office
   PO Box 195387
   San Juan, PR 00919-5387

2. Departamento de Recursos Naturales / Compañía de Parques Nacionales de Puerto Rico
   1375 Ponce De León Ave.
   San Juan, PR 00926

3. Departamento de Transportación PR
   PO Box 41269
   San Juan, PR 00940

4. Municipio de Rincón
   PO Box 97
   Rincón, PR 00677

5. Banco Popular de PR
   PO Box 363228
   San Juan, PR 00936

6. Centro de Estudios Avanzados de PR y del Caribe
   PO Box 90223970
   San Juan, PR 00902

7. Escuelas de Artes Plásticas de PR
   PO Box 9021112
   San Juan, PR 00902

8. Fairway Acquisitions Fund LLC
   PO Box 361110
   San Juan, PR 00936

   Rodríguez Fernández Law Offices LLC
   PO Box 71418
   San Juan, PR 00936

9. NCO Financial Systems of Puerto Rico, Inc.
   PO Box 192478
   Hato Rey, PR 00918

   PO Box 15630
   Dept 19
   Wilmington, DE 19850