**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re<br><br>**HÉCTOR E. COLON-RODRÍGUEZ**<br><br>**DEBTOR** | CASE NO. |

## NOTICE OF APPERANCE OF COUNSEL AND DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor, **HÉCTOR E. COLON-RODRÍGUEZ**, through the undersigned attorney, and very respectfully avers and prays as follows:

1.  Pursuant to 11 USC § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | $0.00 |
| Prior to the filing of this statement I have received: | $0.00 |
| Balance Due: | $0.00 |

2.  The source of the compensation paid to me was:    $0.00

3.  The source of the compensation to be paid to me is Legal Services of Puerto Rico, Inc.

1

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof; and,

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

e. By agreement with the debtor, the above-disclosed fee does not include the following services: None.

**WHEREFORE**, Debtor Cardona-Flores respectfully requests this Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

This, 12th day of November, 2021, in San Juan, Puerto Rico.

**CERTIFICATION:**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

The undersigned counsel hereby certifies that, on this date, a copy of this document was filed with the Clerk of Court through the CM/ECF system, which will provide notice of this filing to all counsels of record in the captioned case.

**//S// RAUL E. BANDAS**
**USDC-PR 207809**

**THE LAW OFFICE OF RAUL E. BANDAS**
PO Box 361773
San Juan, Puerto Rico 00936-1773

Capital Center Building
South Tower, Suite 702
239 Arterial Hostos Ave.
San Juan, PR 00919
Ph. (787) 503-9695
E-mail: rbandas@bandaslaw.com