**Fill in this information to identify your case:**

Debtor 1: Hector E. Colon-Rodriguez
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number (If known): 21-03364

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |                                                                                 |                                                  | Total claim  | Priority amount | Nonpriority amount |
|-----|---------------------------------------------------------------------------------|--------------------------------------------------|--------------|-----------------|--------------------|
| 2.1 | **Departo Rec Nat / Co. Parques Nac** <br> Priority Creditor's Name <br> 1375 Ponce De Leon Ave, San Jose <br> Number   Street <br><br> San Juan  PR  00926 <br> City  State  ZIP Code <br><br> **Who incurred the debt?** Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number ___ ___ ___ ___ <br> When was the debt incurred? _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☐ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☑ Other. Specify  Money Collection Lawsuit | $ 78,269.00 | $ | $ |
| 2.2 | **Departamento Transportacion PR** <br> Priority Creditor's Name <br> PO Box 41269 <br> Number   Street <br> Minillas Station <br><br> San Juan  PR  00940 <br> City  State  ZIP Code <br><br> **Who incurred the debt?** Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number  3  8  7  2 <br> When was the debt incurred? _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☐ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☑ Other. Specify  Parking Violations | $ 400.00 | $ | $ |

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 1 of 6

Debtor 1 **Hector E. Colon-Rodriguez**
      First Name   Middle Name   Last Name

Case number *(if known)* 21-03364

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

**2.3**
**Municipality of Rincon**
Priority Creditor's Name
**PO Box 97**
Number   Street

**Rincon**   **PR**   **00677**
City   State   ZIP Code

Last 4 digits of account number **3 8 7 2**   $ **5,803.00**   $ _____   $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**
**Municipality of Rincon**
Priority Creditor's Name

Number   Street
**PO Box 97**

**Rincon**      **00677**
City   State   ZIP Code

Last 4 digits of account number **3 8 7 2**   $ **1,200.00**   $ _____   $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**
**Municipality of Ricon**
Priority Creditor's Name
**PO Box 97**
Number   Street

**Rincon**   **PR**   **00677**
City   State   ZIP Code

Last 4 digits of account number **3 8 7 2**   $ **1,259.00**   $ _____   $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  Hector E. Colon-Rodriguez
       First Name   Middle Name   Last Name

Case number (if known) 21-03364

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Banco Popular de PR
Nonpriority Creditor's Name
PO Box 363228
San Juan, PR 00936

Last 4 digits of account number  6 3 0 0
When was the debt incurred? 01/01/1996

$ 5,000.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Payment of Rent

**4.2** Banco Popular de PR
Nonpriority Creditor's Name
PO Box 363228
San Juan, PR 00936

Last 4 digits of account number  4 1 6 3
When was the debt incurred?

$ 15,000.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Debts

**4.3** Centro de Estudios Avanzados de PR y del Caribe
Nonpriority Creditor's Name
PO Box 90223970
San Juan, PR 00902

Last 4 digits of account number  0 0 4 3
When was the debt incurred? 01/01/2009

$ 780.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Post-graduate Studies

Debtor 1 **Hector E. Colon-Rodriguez**
First Name   Middle Name   Last Name

Case number *(if known)* 21-03364

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.4**

Escuelas de Artes Plasticas de PR
Nonpriority Creditor's Name
PO Box 9021112
Number   Street
San Juan   PR   00902
City   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  7  2  0  8
When was the debt incurred?  08/01/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Undergraduate Studies

$ 1,462.00

**4.5**

Fairway Acquisitions Fund LLC
Nonpriority Creditor's Name
PO Box 361110
Number   Street
San Juan   PR   00936
City   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  7  2  3  7
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Debts

$ 5,748.00

**4.6**

Fairway Acquisitions Fund LLC
Nonpriority Creditor's Name
PO Box 361110
Number   Street
San Juan   PR   00936
City   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  6  5  0  2
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Debts

$ 13,053.00

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor 1 **HECTOR EDUARDO COLON-RODRIGUEZ**
First Name        Middle Name        Last Name

Case number (if known) _____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1** **CARMEN BELEN COLON-RODRIGUEZ**
Nonpriority Creditor's Name
PO Box 425
Number    Street
Barranquitas        PR        00794
City                State     ZIP Code

**Total claim** $ 91,666.66

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Distribution of Inheritance Estate**

---

**4.2** **MARIA DEL ROSARIO COLON-RODRIGUEZ**
Nonpriority Creditor's Name
Urb Las Lomas 1674 20 SW
Number    Street
San Juan        PR        00921
City            State     ZIP Code

$ 91,666.66

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Distribution of Inheritance Estate**

---

**4.3** **JAIME RADAMES COLON-RODRIGUEZ**
Nonpriority Creditor's Name
PO Box 362582
Number    Street
San Juan        PR        00936
City            State     ZIP Code

$ 91,666.66

Last 4 digits of account number __ __ __ __
When was the debt incurred? _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Distribution of Inheritance Estate**

---

Debtor 1 __Hector E. Colon-Rodriguez__
       First Name   Middle Name   Last Name

Case number (if known) __21-03364__

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Name:** Rodriguez Fernandez Law Offices LLC
**Number Street:** PO Box 71418
**City:** San Juan **State:** PR **ZIP Code:** 00936

On which entry in Part 1 or Part 2 did you list the original creditor?
Line __4.5__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number __7__ __2__ __3__ __7__

**Name:** Rodriguez Fernandez Law Offices LLC
**Number Street:** PO Box 71418
**City:** San Juan **State:** PR **ZIP Code:** 00936

On which entry in Part 1 or Part 2 did you list the original creditor?
Line __4.6__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number __6__ __5__ __0__ __2__

**Name:** Francis T. Pagan Martinez
**Number Street:** Chubb Plaza, Suite 701-A
**City:** San Juan **State:** PR **ZIP Code:** 00920

On which entry in Part 1 or Part 2 did you list the original creditor?
Line __4.7-9__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page ___ of ___

Debtor 1    Hector E. Colon-Rodriguez      Case number (if known) 21-03364
First Name   Middle Name   Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

| | | |
|---|---|---|
| 6a. Domestic support obligations | 6a. $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ | 86,931.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ | 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ | 86,931.00 |

**Total claim**

Total claims from Part 2

| | | |
|---|---|---|
| 6f. Student loans | 6f. $ | 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ | 41,179.77 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ | 41,179.77 |

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page ___ of ___

Official Form 106E/F
Schedule E/F: Creditors Who Have Unsecured Claims
(CONTINUATION SHEET)
DEBTOR: HECTOR E. COLON-RODRIGUEZ

Part 1 List of Priority Unsecured Claims
LINE 2.2 Traffic Violations

1. Ticket No. 9009100493; Date: October 14, 2021; Municipality of San Juan, PR; Amount: $150.00
2. Ticket No. 9010500095; Date: March 29, 2021; Municipality of San Juan, PR; Amount: $150.00
3. Ticket No. 1809562; Date: February 21, 2020; Municipality of San Juan, PR; Amount: $100.00


Part 2 List of Non-priority Unsecured Claims
LINE 4.7
Nonpriority Creditor:  NCO FINANCIAL SYSTEMS OF PUERTO RICO, INC
Address: PO Box 192478, Hato Rey, PR 00918
Address: PO Box 15630, Dept 19, Wilmington, DE 19850
Last Digits Account: 7011
Total Claim: $136.77
When was the debt incurred: Unknown
Who incurred the debt: Debtor 1 Only
Is the claim subject to offset: No
As of the date you file, the claim is: Disputed
Type of NONPRIORITY unsecured claim: US Sprint Phone Services