SCHEDULE A/B PROPERTY (CONTINUATION SHEET)
DEBTOR: HECTOR E. COLON-RODRIGUEZ

PART 4 Financial Assets
LINE 32 Any interest in property that is due you from someone who has died

1. Road 568, KM 4.7, Sabana Ward, Orocovis, Puerto Rico 00670   Country: Orocovis, USA
   1/5 Inheritance
   Approximate current value of the property: $20,000.00
   Approximate current value of portion you own: $4,000.00
   Property Identification Number: 245-000-004-22-001

2. Block AA 17 S Iglesias, Belén Burgos 1815, San Juan, Puerto Rico 00921 Country: San Juan, USA
   1/5 Inheritance
   Approximate current value of the property: $70,000.00
   Approximate current value of portion you own: $14,000.00
   Property Identification Number: 086-064-267-71-000

3. Lot 9, Road 156, KM 13.8, Palo Hincado Ward, Barranquitas, PR Country: Barranquitas, USA
   1/5 Estate Inheritance
   Current value of the entire property? $40,000.00
   Current value of the portion you own? $8,000.00
   Property Identification Number: 246-079-060-16-000

4. Savings Account: Banco Popular of PR xxx-xx-7586 (1/5 inheritance); Current Value of Portion Own: $892.00

5. Certificate of Deposit: ORIENTAL 72491537 (1/5 inheritance); Current Value of Portion Own: $828.00