### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HECTOR E. COLÓN-RODRÍGUEZ<br><br>DEBTOR | CASE NO. 21-03364 (MCF) |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**TO THE HONORABLE COURT:**

 **COMES NOW** Debtor Héctor E. Colón-Rodríguez, through the undersigned counsel, and very respectfully avers and prays as follows:

 1. For the reasons set forth below, the subscribing attorney respectfully requests leave from the Court to withdraw as counsel for the debtor in the case of caption.

 2. Despite repeated attempts to assist the debtor in submitting accurate, timely, and relevant information to this Honorable Court and the designated Chapter 7 Trustee in support of his Chapter 7 Bankruptcy Petition, the debtor's procrastinating and uncooperative conduct makes it virtually impossible for the undersigned to continue to render effective legal representation to the debtor. During the last several months the debtor either frequently failed to produce in a timely fashion information in support of the various schedules and official forms which require, and have required, amended filings to his Bankruptcy Petition; produced irrelevant information to substantiate his petition; assured as complete and correct amended

1

submissions of schedules and official forms but then produces information which challenges previously reported information, etc.

3. In sum, our dedicated effort to assist the debtor with his Bankruptcy Petition is thwarted by his own conduct which further produces unnecessary amendments and submissions to the Court. So far, we have dedicated over 60 hours in connection with the preparation of the debtor's Bankruptcy Petition and amended filings. As recently as yesterday, the debtor reported for the first time three new priority unsecured claims and deleted a previously listed priority unsecured claim from Schedule E/F (Creditors Who Have Unsecured Claims). Further, in the midst of the 341 Creditors' Meeting held on December 21, 2021, the debtor announced he was a party litigant in connection with a counterclaim filed against his other siblings. This information had never been reported to the undersigned despite frequent reminders to the Debtor that he needs convey accurate information to the Court, the Chapter 7 Trustee, and the undersigned. Changes in the debtor's financial affairs have to be reported to the Court and the Chapter 7 Trustee, which, in turn, causes unnecessary and repeated filings of amended schedules.

**WHEREFORE**, Debtor Colón-Rodríguez respectfully requests this Court to take notice of the above and **GRANT** this request to withdraw as counsel of record for the debtor.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk of Court of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed therein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (III) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that, on this date, a copy of this document was filed with the Clerk of Court through the CM/ECF system, which will provide notice of this filing to all counsels of record in the captioned case. The undersigned further certifies that the foregoing has been served **on Debtor Hector E. Colón-Rodríguez at his home mailing address (1051 3 SE Street, 813 Medical Center Plaza Building, San Juan, Puerto Rico 00921) and via email at hecolonhistoria@gmail.com**, the US Trustee, the Chapter 7 Trustee, and to parties in interest with an email registered wit the CM ECF system that have notices of appearance pursuant to General Order 05-09, included in the service list attached to the original hereof.

      **RESPECTFULLY SUBMITTED.**

      This, 3rd day of January, 2022, in San Juan, Puerto Rico.

      **//S//**
      **RAUL E. BANDAS**
      **Counsel for Debtor**
      **USDC-PR 207809**

      **THE LAW OFFICE OF RAUL E. BANDAS LLC**
      Capital Center Building Office
      San Juan, Puerto Rico

      PO Box 361773
      San Juan, Puerto Rico 00936-1773
      Ph. 787-503-9695 / 787-242-9695
      E-mail: rbandas@bandaslaw.com