## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                  CASE NO. 21-03364 MCF

**HECTOR EDUARDO COLON RODRIGUEZ**

                                                        CHAPTER 7

Debtors

---

### MOTION TO WITHDRAW CLAIM 2-1

**TO THE HONORABLE COURT:**

**COMES NOW**, creditor *Centro de Recaudacion de Ingresos Municipales* ("CRIM") through its legal counsel, and respectfully states and prays:

1. Captioned case was filed on 12 November 2021.

2. On 14 December 2021 CRIM filed claim number 1-1 in captioned case claiming payment of real property taxes of a property at *Medical Center Plaza 1051 Calle 3 Apt 814, San Juan* cadaster number 086-047-394-35-128. The total amount claimed was $6,036.34.

3. As of this date, CRIM has not received payment from the Chapter 7 Trustee on account of this claim.

4. On 13 October 2021 Debtor had requested residential exemption over subject property beginning fiscal year 2017-2018. After due investigation and reports were filed and analyzed, Debtor was granted retroactive residential exemption over the property, allowing him full exemption.

5. Based on the above, we withdraw claim 1-1.

**WHEREFORE,** it is requested from this Honorable Court to GRANT this *Motion*, allow CRIM to withdraw claim 1-1 filed in captioned case, and issue any further order as it may deem just and proper.

*Héctor Eduardo Colón Rodríguez*
*Case 21-03364 MCF Chapter 7*
*Motion to Withdraw Claim 1-1*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day I electronically filed the foregoing *Motion* with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **CHARLINE MICHELLE JIMENEZ ECHEVARRIA**    bk@cjlegal.info
- **MONSITA LECAROZ ARRIBAS**    ustpregion21.hr.ecf@usdoj.gov
- **ROBERTO ROMAN VALENTIN**    romanchpt7@gmail.com, rroman@ecf.axosfs.com
- **FRANCIS TERESA PAGAN**    fpagan@poa-law.com

**I FURTHER CERTIFY** that I have served copy of this document by mail through the United States Postal Service to the following non-CM/ECF participant: **HECTOR EDUARDO COLON RODRIGUEZ** Cond Medical Center Plaza 1051 Calle 3 SE Apt 814 San Juan PR 00921-3014.

In San Juan, Puerto Rico, this 9th day of February 2022.

s/ *Carmen Priscilla Figueroa*
**Carmen Priscilla Figueroa**
U.S.D.C.P.R. #128209
**Municipal Revenue Collection Center (CRIM)**
P.O. Box 195387
San Juan, Puerto Rico 00919-5387
Tel: 787.625.2746 ext. 2131
Fax: 787.625.1455
E-mail: cfigueroa@crimpr.net

2