**United States Bankruptcy Court**
**District of Puerto Rico**

In re  *Héctor E. Colón Rodríguez*                              Case No.  *21-03364 MCF*
                         Debtor(s)                               Chapter  *7*

## *Amended* SECOND AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

*Voluntary Petition:* added now defunct & collapsed corporations by adding *fdba*/formerly doing business as names, and also added a/k/a to Voluntary Petition.

*Schedule A/B:* To add to property of the estate the bank funds garnished by judgment creditor [Dpto Recreo y Deportes DRD] on 7/28/2022 in the amount of **$17,848.21**, although these funds were initially referenced in SoFa; some descriptions have been adjusted, abbreviated, or amended.

*Schedule C:* No new exemptions claimed, although one of the 2 bases originally claimed under PR law has been adjusted to one of the 2 bases in PR exemption law.

*Schedules D:* Added Crim as a claim, as Crim filed claim #1 for property taxes & recently w/drawn the claim as debtor paid Crim during amnesty a few days prior to filing petition.

*Schedule E/F:* Claims initially scheduled as priority have been reclassified to unsecured & are dischargeable in that of DTOP, Municipality of Rincón & DRD; added debts [Treasury & Crim] owed by defunct corporations that ceased to exist &/or operate since approximately 2008 and 2012 which still appear with tax debts; added HOA Medical Center Plaza as a dischargeable debt.

*Schedules G, H, I & Statement of CMI:* No change to these Schedules, yet nevertheless attached for ease of review & reading since the original filings was unduly fragmented.

*Schedule J:* Expenses have been amended to conform to Federal Standards & other very minor adjustments.

*Statement of Financial Affairs:* To add income sources [COVID incentives] & adjust income last 2 years & year to date; amended & reduced payment to one creditor [CRIM] during 90 days prior to bankruptcy; adjusted identification of un-redacted bank account #; adjusted & amended description of lawsuits at item #9; added now defunct & collapsed corporations by adding these corporations to SoFa at item #27, although inactive for more than 4 years as required under item #27.

*Matrix* excluded & amended addresses where debtor has received returned correspondence from USPS & substituted addresses from other sources as far as possible or substituted with legal representation on file for such creditor(s), as in the case of debtor's 3 siblings, 2 of whose notices have been returned by USPS/

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given on this date to all entities affected by the amendment as highlighted in yellow on the attached amended Matrix who will be noticed with *Amended Schedule E/F* only & this *Second Amendment Cover Sheet*.

Date:  *February 15, 2022*

_____
Héctor E. Colón Rodríguez
Cond Medical Center Plaza Apt 814
1051 Calle 3 SE
San Juan, Puerto Rico 00921-3014
hecolon.historia@gmail.com
787-376-1073

HECTOR E. COLON RODRIGUEZ
COND MEDICAL CENTER PLAZA
APTO 814
1051 CALLE 3 SE
SAN JUAN PR 00921-3014

DPT RECREACION Y DEPORTES
PO BOX 9023207
SAN JUAN PR 00902-3207

FRANCES T. PAGAN MARTINEZ E
CHUBB PLAZA STE 701-A
33 CALLE RESOLUCION
SAN JUAN PR 00920

ADVANCED STUDIES CENTER
FOR PUERTO RICO & CARIBE
PO BOX 9023970
SAN JUAN PR 00902

DPTO RECURSOS NAT/CIA
SAN JOSE INDUSTRIAL PARK
1365 AVE P DE LEON
SAN JUAN PR 00926

HOA ASOC MEDICAL CTR PLAZ
PO BOX 270178
SAN JUAN PR 00928-0178

ANTONIO J FAS PACHECO ESQ
PO BOX 1098
CABO ROJO PR 00623

DRNA
PO BOX 366147
PTA DE TIERRA STATION
SAN JUAN PR 00906-6600

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7345

ANTONIO J FAS PACHECO ESQ
39 SALVADOR BRAU
CABO ROJO PR 00623

DRNA/CIA PARQUES NACIONALES
PO BOX 9022098
SAN JUAN PR 00902-2089

ISLAND PORTFOLIO SVCS LLC
FAIRWAY ACQUISITIONS FUND L
PO BOX 361110
SAN JUAN PR 00936-1110

BPPR
PO BOX 366818
SAN JUAN PR 00936-6818

DTOP
PO BOX 41269
SAN JUAN PR 00940

ISLAND PORTFOLIO SVCS LLC
SVCR FAIRWAY ACQUISTION FUL
PO BOX 191134
SAN JUAN PR 00919-1134

CARLOS I LEON CAMACHO, ESQ.
JARDINES TOA ALTA
47 CALLE 4
TOA ALTA PR 00953

ELA DEPT OF TREASURY
PO BOX 9024140
SAN JUAN PR 00902-4140

JAIME R COLON RODRIGUEZ
PO BOX 362582
SAN JUAN PR 00936

CARLOS J. CORDOBA
PO BOX 1
SAN GERMAN PR 00683

ESC ARTES PLASTICAS DE PR
PO BOX 9021112
SAN JUAN PR 00902

LA EDITORIAL UPR
APDO 23322
SAN JUAN PR 00931-3322

CHARLINE M JIMENEZ ESQ
PO BOX 191134
SAN JUAN PR 00919-1134

FAIRWAY ACQUISITIONS FUNDS LLC
PO BOX 36110
SAN JUAN PR 00936

MUNICIPALITY OF RINCON
PO BOX 97
RINCON PR 00677-7000

CRIM
PO BOX 195387
SAN JUAN PR 00919-5387

FANNIE MAE
MARTINEZ & TORRES LAW
PO BOX 192938
SAN JUAN PR 00919-2938

NCO FINANCIAL SYST OF PR IN
PO BOX 15630 DEOT 19
WILMINGTON DE 19850

NCO FINANCIAL SYSTEMS OF PR INC.
300 CALLE C REXCO INDUSTRIAL PARK
GUAYNABO PR 00965

RODRIGUEZ FERNANDEZ LAW LLC
PO BOX 71418
SAN JUAN PR 00936-8518