UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-03364 MCF |
|---|---|
| HECTOR EDUARDO COLON RODRIGUEZ | CHAPTER 7 |
| DEBTOR(S) | |

**APPLICATION FOR ALLOWANCE OF COMPENSATION
PURSUANT TO F.R.B.P. 2016**

TO THE HONORABLE COURT:

Comes now, special counsel Noemí Landrau Rivera, and before this Honorable Court most respectfully presents her application for the allowance of compensation and reimbursement of necessary costs and expenses pursuant to 11 U.S.C. §330 and §331 and F.R.B.P 2016 as follows:

1. On December 2, 2021, Chapter 7 Trustee, Roberto Román Valentín, filed an application for employment of undersigned counsel to act as attorney for the bankruptcy estate in the captioned case. Application for employment was notified to all parties in interest with a 21-day objection language. Order approving employment of professional was entered by this Honorable Court on December 20, 2021. See docket nos. 13 and 36.

2. Application for employment and verified statement filed before this Court, stated that attorney for Trustee would receive a compensation of $175.00 per hour plus reimbursement for necessary costs and expenses incurred in the case.

3. In compliance with duties of undersigned counsel, professional services have been performed by the applicant from December 2, 2021, to April 22, 2022, in the terms and conditions of application for leave to retain attorney and verified declaration under penalty of perjury filed before this Honorable Court.

4. Attached hereto and incorporated herein is a detailed exposition of the professional services rendered. See detailed description of services rendered in attached **Exhibit A**. Services of undersigned counsel have been beneficial to the estate as counsel the work of counsel resulted in Trustee's recovery of funds for the benefit of the estate.

1

5. Based on the foregoing, the fair and reasonable compensation for professional services rendered by the applicant is $1,802.50 plus $16.36 expenses incurred in connection to the prosecution of the matters assigned to undersigned counsel. Invoice for fees has been discussed and approved by Chapter 7 Trustee, prior to the filing of the instant application. See **Exhibit A**.

6. Applicant represents that she has no agreement of any kind with any person for the sharing of fees or compensation in this case.

7. Applicant requests this Honorable Court to allow the sum of $1,802.50 for attorney's fees plus $16.36 as expenses for compensation of professional fees incurred in the employment in the instant case. No reimbursement of expenses is sought in the instant case.

8. In compliance with Local Bankruptcy Rule 2016-1(a)(4) Applicant hereby certifies that she has read this application pursuant to 11 U.S.C. §326(a) and that to the best of her knowledge, information and belief, formed after reasonable inquiry, the compensation sought herein conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Local Bankruptcy Rules; and that the compensation requested has been billed at rates no less favorable to the estate than those customarily employed by the applicant generally pursuant to 11 U.S.C. §326(a).

WHEREFORE, Applicant hereby respectfully requests that this Honorable Court enter an order allowing the compensation sought in the amount of $1,802.50 as fees and $16.36 as expenses for a total of $1,818.86 for the engagement in the instant case; and thereupon authorize and direct the Trustee to pay the applicant the amount so allowed from funds of the estate as an administrative expense allowable under 11 U.S.C. §530(b) and §330-331.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 11th day of May 2022.

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Federal Rules of Bankruptcy Procedure 9006(f) if you were served by mail, any interested party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by Law; (ii) the requested relief is against public policy; (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail including the US Trustee at ustregion21.hr.ecf@usdoj.gov, Chapter 7 Trustee, Roberto Román Valentín at romanchpt7@gmail.com and counsel, Raul E. Bandas, rbandas@bandaslaw.com and by depositing true and exact copies thereof in the US regular mail, to all other parties included in attached master address list and to Debtor at Cond. Medical Center Plaza 1051 Calle 3SE, Apt. 814, San Juan, PR 00921.

LANDRAU RIVERA & ASSOC.
Counsel for the Trustee
PO Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224

*/s/ Noemí Landrau Rivera*
USDC 215510
nlandrau@landraulaw.com


**LANDRAU RIVERA & ASSOCIATES**
ATTORNEYS AT LAW

| CLIENT: Chapter 7 Trustee Roberto Román | | | | |
|---|---|---|---|---|
| Case No. 21-03364 MCF | | Date: | | 4/28/2022 |

| DATE | TRANSACTION | TIME | RATE | TOTAL |
|---|---|---|---|---|
| 12.02.2021 | Review of case voluntary petition, amended petition, schedules and court filings; Analysis of state court case documents provided to Trustee and evaluation for conflict of interest in employment as attorney for the bankruptcy estate; Phone conference with "Unidad de Cuentas" for the Superior Court, San Juan Part Re: prepetition garnishment of Debtor's account and funds held in case KCD 2013-1981 | 1.00 | $ 175 | $ 175.00 |
| 12.14.2021 | Review and analysis of Debtor's amended schedules and statement of financial affairs filed on 12.07.2021; Phone conference with Clerk's office of San Juan Superior Court Re: revision of state court file KCD 2013-01981; Investigation as to status of Eco Cultural Foundation, Inc.; Visit to State Court Re: review of state court file and proceedings; Preparation of urgent motion for withdrawal of funds property of the bankruptcy estate in favor of Trustee, Roberto Román | 4.40 | $ 175 | $ 770.00 |
| 12.20.2021 | Review order approving employment of professional at docket no. 36 | 0.10 | $ 175 | $ 17.50 |
| 12.30.2021 | Review motion by counsel Raul E. Bandas resigning legal representation and Amended Schedules filed at docket no. 42 | 0.40 | $ 175 | $ 70.00 |
| 12.27.2021 | Phone conference with Office of state court marshalls to coordinate delivery of payment to Trustee and Preparation of email to office of state court marshal | 0.50 | $ 175 | $ 87.50 |
| 12.29.2021 | Appearance at office of State Court Marshall, San Juan Part Re: delivery of payment to Chapter 7 Trustee, Roberto Roman | 0.60 | $ 175 | $ 105.00 |
| 01.24.2022 | Phone conferences with state court counsels in civil cases before the PR Superior Court and tort claim alleged by the Debtor; Phone conference with counsel Jose Miguel Perez for Dept. Recreación y Deportes; Preparation of email to counsel Perez | 1.70 | $ 175 | $ 297.50 |
| 01.25.2022 | Review order granting Debtor's counsel withdrawal as attorney for debtor docket no. 57; Review documents provided by state court counsel Francis Pagán Re: liquidation of inheritance participation over real property and Debtor's tort claim; Phone conference with counsel Francis Pagán Re: pending actions in state court; Review and reply to email from counsel Perez of "Recreacion y Deportes"; Phone conference with counsel Perez Re: bankruptcy status | 1.60 | $ 175 | $ 280.00 |
| 01.26.2022 | Review notice of abandonment filed by Trustee at docket no. 58; Preparation of email to counsel Pagán Re: abandonment filed at docket no. 58 and continuation of state court proceedings | 0.40 | $ 175 | $ 70.00 |



**LANDRAU RIVERA & ASSOCIATES**
ATTORNEYS AT LAW

| CLIENT: Chapter 7 Trustee Roberto Román | | | | |
|---|---|---|---|---|
| Case No. 21-03364 MCF | | Date: | | 4/28/2022 |

| DATE | TRANSACTION | TIME | RATE | TOTAL |
|---|---|---|---|---|
| 02.04.2022 | Review email from counsel Perez Re: notice of transfer of claim to "Compañía de Parques Nacionales"; Phone conference with counsel Zayas of Departmento de Recursos Naturales Re: bankruptcy proceedings; Prepare email to Trustee Re: case status and filing of claim | 1.20 | $ 175 | $ 210.00 |
| 02.09.2022 | Review of information provided by the Debtor as to CRIM; Prepare email to Trustee with CRIM information; Review docket no. 61 CRIM's withdrawal of claim | 0.50 | $ 175 | $ 87.50 |
| 02.17.2022 | Review Debtor's filings of amended voluntary petition, amended schedules and SOFA at docket no. 63 | 0.40 | $ 175 | $ 70.00 |
| 04.06.2022 | Review and analysis of motion filed by Department of Justice in case KCD 2013-1981 | 0.50 | $ 175 | $ 87.50 |
| 04.22.2022 | Visit to state court Re: review state court file and recent orders entered by the Court | 0.50 | $ 175 | $ 87.50 |
| | **Total Legal Services** | **10.30** | $ 175 | $ **1,802.50** |
| | **Total Expenses (from section below)** | | | $ **16.36** |
| | **Grand Total of Legal Services and Expenses** | | | $ **1,818.86** |

| DATE | ITEM | QTY | RATE | EXTENDED |
|---|---|---|---|---|
| | **PACER DOCUMENTS (Pages)** | 94 | $ 0.10 | $ 9.40 |
| | **POSTAGE** | | | |
| | 1. Notice of Urgent Motion filed in State Court | 12 | $ 0.58 | $ 6.96 |
| | **Total Expenses** | | | $ **16.36** |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 21-03364-MCF7<br>District of Puerto Rico<br>Old San Juan<br>Tue Nov 30 13:41:49 AST 2021 | ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF<br>P O BOX 361110<br>SAN JUAN<br>SAN JUAN, PR 00936-1110 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Banco Popular de PR<br>PO Box 363228<br>San Juan, PR 00936-3228 | Centro de Estudios Avanzados de PR y del Car<br>PO Box 90223970<br>San Juan, PR 00902 | Centro de Recaudaciones de Impuestos Municip<br>Central Office<br>PO Box 195387<br>San Juan, PR 00919-5387 |
| Departamento de Recursos Naturales / Compaa<br>1375 Ponce De Len Ave.<br>San Juan, PR 00926-2604 | Departamento de Transportacion PR<br>PO Box 41269<br>San Juan, PR 00940-1269 | Escuelas de Artes Plsticas de PR<br>PO Box 9021112<br>San Juan, PR 00902-1112 |
| Fairway Acquisitions Fund LLC<br>PO Box 361110<br>San Juan, PR 00936-1110 | Municipio de Rincon<br>PO Box 97<br>Rincon, PR 00677-0097 | NCO FINANCIAL SYSTEMS OF PUERTO RICO<br>PO Box 15630<br>Dept 19<br>Wilmington, DE 19850-5630 |
| NCO Financial Systems of Puerto Rico, Inc.<br>PO Box 192478<br>Hato Rey, PR 00919-2478 | Rodrguez Fernndez Law Offices LLC<br>PO Box 71418<br>San Juan, PR 00936-8518 | HECTOR EDUARDO COLON RODRIGUEZ<br>1051 3 SE ST<br>COND MEDICAL CENTER PLAZA APTO 814<br>SAN JUAN, PR 00921 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | RAUL E BANDAS<br>THE LAW OFFICE OF RAUL E. BANDAS LLC<br>PO BOX 361773<br>SAN JUAN, PR 00936-1773 | ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902-4003 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17